IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO FARM CREDIT, ACA<br><br>Plaintiff<br><br>vs<br><br>ECO-PARQUE DEL TANAMA, CORP.; IVAN ORTIZ RUIZ, his wife ANA MARIA SERRANO BAEZ, and the legal conjugal partnership constituted between them<br><br>Defendants | CIVIL 16-1388CCC |

## ORDER

Having considered the Motion for Summary Judgment filed by plaintiff Puerto Rico Farm Credit, ACA on October 28, 2017 (**d.e. 19**), the Response in Opposition filed by defendants Eco-Parque del Tanamá Corp., Iván Ortiz Ruiz, Ana María Serrano Báez and their conjugal partnership on December 4, 2016 (d.e. 24), plaintiff's Reply to Defendants' Opposition filed on December 26, 2016 (d.e. 28) and defendants' Sur-Reply filed on January 17, 2017 (d.e. 30), the same is DENIED as plaintiff has failed to establish that in denying defendants' application for restructuring of their loan it complied with the requirements of 12 U.S.C. section 2202a(d) and with paragraphs (a), (b) and (c) of 12 C.F.R. section 617.7415. This denial is without prejudice of plaintiff seeking reconsideration submitting the documentation required to be

maintained by 12 C.F.R. section 617.7415(e) showing that it indeed complied with said provisions of law and its corresponding regulations.

SO ORDERED.

At San Juan, Puerto Rico, on September 29, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge